3 » re a G- O. § a. ft a> fo ^ w e* O zr 3 a 2 » C- Cfl 3 $ CL C £03 ft* sr s zr cL o re £L e P- 3 CL O » a tff* S ffi ZT ... O ° E- o £§ < Si rt ft © * ? P-aj S? ct a p .oaj o c H p Si 3 » CO 3 3 © A3 D ÍO S- w « 3 O-cJr. 5 c 3 C .P -go P C ,JV C *S ‘5 C O *5 o S S r$ *■© v p JZ a ** n ¡f a. ft a is 2- -V cr CL.^1 CT> P S’1© S.Í I» D iq CL fr ^ < co ns D- o Ü • O